## No. 2935

### Second Circuit

---

### REIDHEIMER v. POLICE JURY OF BIEN-VILLE PARISH, ET AL.

---

(November 10, 1927.  Opinion and Decree.)
(December 21, 1927.  Rehearing Refused.)

---

1. **Louisiana Digest—Roads, Bridges and Ferries—Par. 4.**
Under Section 27 of Act 95 of the extra session of 1921 the land owner can recover damages on account of the destruction of his improvements in locating the road, against the highway commission but not against the police jury where it had nothing to do with the road's construction.

Appeal from the Second Judicial District Court of Louisiana, Parish of Bienville. Hon. John S. Richardson, Judge.

Action by J. A. Reidheimer against Police Jury of Bienville Parish, et al.

There was judgment for plaintiff and defendant appealed.

Judgment affirmed.

E. E. Kidd, W. M. Wallace, of Arcadia, attorneys for plaintiff, appellee.

W. D. Goff, district attorney, W. M. Barrow, attorneys for defendants, appellants.

ODOM, J. The facts in this case are identical with those in the case of Thomas C. Dick versus the same defendants, No. 2934 on the docket of this court, this day decided, except that in addition to the fence destroyed in locating the road the Highway Commission destroyed a dipping vat worth $100.00. Plaintiff testified that his total damage was $244.00. No other testimony was introduced.

For the reasons assigned in the case of Thomas C. Dick versus Police Jury of Bienville Parish, et als., No. 2934 on the docket of this court, this day decided, the judgment appealed from is affirmed with costs.